## Yenawine v. Tycrete-Concrete Products Company.

(Decided January 9, 1914.)

### Appeal from Jefferson Circuit Court (Chancery Division No. 2).

1. Process—Subpoena Duces Tecum.—A subpoena adduces tecum requiring the clerk to bring to this court the original depositions

will not be awarded, an inspection of the papers not being necessary to the determination of the appeal, and the depositions only covering about five hundred pages of typewritten matter.

2.  Process—Subpoena.—A subpoena will be awarded for the exhibits filed with the depositions when a view of them will be of assistance to the court in determining the appeal.

R. C. KINKEAD, H. H. NETHEROTH for appellant.

BURNETT, BATSON & CAIRY for appellee.

MORRIS A. SACHS for Circuit Clerk.

OPINION BY CHIEF JUSTICE HOBSON on motion for subpoena *duces te cum.*

The appellant has entered a motion for a subpoena *adduces te cum* against the clerk of the Jefferson Circuit Court requiring him to file in this court the original depositions and all exhibits filed therewith in the action. In Rainey v. Rainey, 144 Ky., 503, we held that unless a view of the original papers is important to a correct decision of the appeal, we will not order the original papers brought here unless they are bulky parts of the record such as a book or the like, the copying of which will cause great and unnecessary cost or delay. The depositions in the case at bar consist of 523 pages of typewriting, and under the rule laid down in that case, which had often been followed before, the original depositions will not be required to be brought here. But the exhibits filed with the depositions are of a peculiar nature, and an inspection of the papers themselves as shown by the affidavits will be of assistance to the court in the determination of the appeal. The motion for a subpoena *adduces te cum* for the original exhibits filed with the depositions is sustained, but the remainder of the motion is overruled. The appellant is allowed thirty days to complete the transcript by obtaining a copy of the depositions.

The motion is sustained as to the exhibits and overruled as to the depositions.